DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**E.E.,** the mother,
Appellant,

v.

**FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES**
and
**GUARDIAN AD LITEM PROGRAM**
Appellees.

No. 4D18-2297

[October 25, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Barbara W. Bronis, Judge; L.T. Case No. 432017DP000073.

E.E., Stuart, pro se.

Andrew Feigenbaum, West Palm Beach, for appellee Department of Children and Families.

Laura J. Lee and Thomasina Moore, Tallahassee, for appellee Guardian ad Litem Program.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***